# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00680-CV

**Ray Himel, Individually; RNL, Inc.; and Gulf Coast Boats, Inc., Appellants**

**v.**

**Ronnie Bertagna and Dorothy Bertagna, Appellees**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NO. 05-0869, HONORABLE WILLIAM HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants Ray Himel, Individually; RNL, Inc.; and Gulf Coast Boats, Inc., and appellees Ronnie Bertagna and Dorothy Bertagna no longer wish to pursue this appeal and have filed a joint motion to dismiss pursuant to their settlement agreement. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Joint Motion

Filed:   January 29, 2008